JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00319 PVT |
|    Plaintiff, | |
|    v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| AMARJEET KAUR, | |
|    Defendant. | |
| | SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing scheduled for May 21, 2009 be continued to June 22, 2009. The reason for the continuance is that Anne Beles, who represents the defendant, will be out of town until May 20, 2009 and needs additional time to review discovery. Therefore, the parties are requesting a continuance to June 22, 2009 at 11:00 a.m. for status hearing. In addition, the parties agree and stipulate that a waiver of time under the Speedy Trial Act from May 21, 2009 to June 22, 2009 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 2 | | |
| 3 | DATED: 5/13/09 | /s/ |
| 4 | | SUSAN KNIGHT<br>Assistant United States Attorney |
| 5 | DATED: 5/13/09 | /s/ |
| 6 | | ANNE BELES<br>Counsel for Ms. Kaur |

Accordingly, the Court HEREBY ORDERS that the status hearing is continued to June 22, 2009 at 11:00 a.m.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from May 21, 2009 through June 22, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 5/13/09

PATRICIA V. TRUMBULL
United States Magistrate Judge