| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CASBN 209013)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5056<br>Facsimile: (408) 535-5066<br>E-Mail: Susan.Knight@usdoj.gov |

**FILED**

**SEP 1 4 2009**

CLE...
NORTHE...
...ORNIA

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00319 PVT |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | HEARING |
| AMARJEET KAUR, | ) | |
| Defendant. | ) | |

The parties hereby request that the status hearing currently scheduled for September 22, 2009 at 9:30 a.m. be continued to October 15, 2009 at 2:00 p.m. The reason for the continuance is that Pretrial Services needs additional time to evaluate Ms. Kaur for a pretrial diversion program. The parties also request an exclusion of time from September 22, 2009 to October 15, 2009 in order for Ms. Kaur's evaluation to be completed. See 18 U.S.C. § 3161(h)(2). If Ms. Kaur is accepted into the program before the October date, the parties will notify the Court to take the matter off of the calendar.

//

//

STIPULATION AND [PROPOSED] ORDER
No. CR 09-00319 PVT

1  SO STIPULATED.                                JOSEPH P. RUSSONIELLO
2                                                 United States Attorney

3  DATED: 9/9/09                                           /s/
4                                                 SUSAN KNIGHT
                                                  Assistant United States Attorney
5

6  DATED: 9/9/09                                           /s/
                                                  ANNE C. BELES
7                                                 Counsel for Ms. Kaur

8

9                                    ORDER

10      Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
11  that the status hearing is continued to October 15, 2009 at 2:00 p.m.
12      It is FURTHER ORDERED that time is excluded under the Speedy Trial Act pursuant to 18
13  U.S.C. § 3161(h)(2) from September 22, 2009 to October 15, 2009 in order for Pretrial Services
14  to complete their evaluation of Ms. Kaur for a pretrial diversion program.

15

16  DATED: 9/14/09
17                                                PATRICIA V. TRUMBULL
                                                  United States Magistrate Judge
18                                                **HOWARD R. LLOYD**

STIPULATION AND [PROPOSED] ORDER
No. CR 09-00319 PVT