1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DANIEL KALEBA (CASBN 223789)
   Assistant United States Attorney
5
       150 S. Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Facsimile: (408) 535-5066

8  Attorneys for the United States of America

9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. CR-09-00319 PVT
                                      )
15          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO EXCLUDE TIME AND
16      v.                            )   DEFER PROSECUTION
                                      )
17  AMARJEET KAUR                     )
                                      )
18          Defendant.                )
                                      )
19

20      The parties hereby request that the Court exclude time under the Speedy Trial Act in the

21  above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from October 15, 2009 to August 10,

22  2010 for deferral of prosecution. The parties agree that U.S. Pretrial Services diversion is an

23  appropriate disposition in this matter.

24  //

25  //

26  //

27  //

28  //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR-09-00319 PVT

1  The United States Attorney's Office has placed Ms. Kaur on Pretrial Services diversion
2  for a period of nine months for Ms. Kaur to demonstrate good conduct. Accordingly, the parties
3  agree that the prosecution will be deferred for a nine month period of time.
4  SO STIPULATED.

5                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7  DATED: November 18, 2009              _____/s/_____
                                               DANIEL KALEBA
8                                              Assistant United States Attorney

9

10 DATED: November 16, 2009              _____/s/_____
                                               ANNE C. BELES
11                                             Attorney for Ms. Kaur

12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR-09-00319 PVT

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from October 15, 2009 to August 10, 2010 for deferral of prosecution by the Government for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 12/1/09

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR-09-00319 PVT