**FILED**

OCT 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>AMARJEET KAUR,<br><br>　　　Defendant. | No.  09-00319 PVT<br><br>ORDER DISMISSING INFORMATION |

In light of the government's motion to dismiss, and for good cause shown, the information filed under CR 09-00319 PVT as to defendant AMARJEET KAUR is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Date: October 19, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

2